# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DAISYBEL TOLBERT,

    Plaintiff,

v.                                          Case No: 8:18-cv-926-T-17AEP

ONEMAIN FINANCIAL GROUP, LLC,

    Defendant.

_____

## ORDER

Before the Court are two motions: (Doc. No. 12) Onemain's Motion to Compel Arbitration and Stay Litigation, and (Doc. No. 13) Joint Motion to Extend Time to Hold Rule 26(f) Conference. After review, both motions are granted.

Recently, the Supreme Court reaffirmed that federal statute requires the Court to enforce arbitration agreements. *Epic Sys. Corp. v. Lewis,* 584 U.S. __ (2018). The Court must determine whether the parties agreed to arbitrate the dispute, and whether legal constraints external to the parties' agreement foreclosed arbitration. *Klay v. All Defendants,* 389 F.3d 1191, 1200 (11th Cir. 2004). While there is a strong federal policy in favor of arbitration, the Court should not compel parties to engage in arbitration when the parties have not agreed to do so. *Scott v. EFN Investments, LLC,* 312 F. App'x 254, 256 (11th Cir. 2009) (unreported).

Here, the Court has reviewed the record and the motion to compel arbitration. The Court also notes that the Plaintiff declined to file any opposition memo to the motion to compel arbitration. The motion to compel arbitration is well-taken, and therefore granted. Furthermore, as the motion to stay the litigation is granted pending the outcome of the

arbitration, the motion to extend time is also granted. The Clerk is directed to administratively close the file, and terminate any pending motions until further order of the Court. All case management deadlines are stayed.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 21st day of June, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record